IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEPHEN W. HENSLEY, SR., : | |
| : | Case No. 3:18-cv-00223 |
| Plaintiff, : | |
| : | District Judge Thomas M. Rose |
| vs. : | Magistrate Judge Sharon L. Ovington |
| : | |
| COMMISSIONER OF THE SOCIAL, : | **DECISION AND ENTRY** |
| SECURITY ADMINSTRATION, : | |
| : | |
| Defendant. : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (ECF No. 17), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 13, 2021 (ECF No. 17) is ADOPTED in full;

2. The Motion for Allowance of Attorney Fees filed by Plaintiff's counsel (ECF No. 14) is GRANTED, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $14,000.00;

3. Plaintiff's counsel is directed to pay Plaintiff the amount of attorney fees—$2,920.00—previously awarded under the Equal Access to Justice Act (ECF No. 13); and

4. The case remains terminated on the Court's docket.

February 2, 2021                                              *s/Thomas M. Rose

                                                                     Thomas M. Rose
                                                              United States District Judge